IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTURO SINGER, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CIVIL CASE NO. 3:18-CV-2937-M-BK |
| § | |
| ABIYAH BALZORAH EL, § | |
|     DEFENDANT. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this case is **REMANDED** *sua sponte* to the Dallas County Justice Court, Precinct 2, Place 2, the court from which it was removed. The Clerk of the Court is directed to effect the remand in accordance with the usual procedure and terminate all pending motions in this case.

SO ORDERED this 29th day of January, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE